Charles Michael
212 378 7604
cmichael@steptoe.com



1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

> The pre-motion conference is rescheduled to July 29, 2020 at 11 AM. To access the conference, the parties may dial 888-363-4749 and enter access code 8140049.
> SO ORDERED.
>
> New York, NY                        /s/ John G. Koeltl
> July 20, 2020                       John G. Koeltl
>                                     U.S.D.J.

July 29, 2020

**By ECF**

Hon. John G. Koeltl
United States District Court
500 Pearl St.
New York, New York 10007

Re:   *Food for Thought Caterers Corp. v. Hartford Fin. Servs. Group., Inc., et al.*,
      **20 Civ. 3418 (S.D.N.Y.) — Request to Reschedule Pre-Motion Conference**

Dear Judge Koeltl:

    We write on behalf of the defendants in the above case to respectfully request, under Rule I.D of You Honor's Individual Practices, that the pre-motion conference in the above case, scheduled for July 21, 2010 at 2:30 p.m., be rescheduled to within the following timeframes, at the Court's convenience.

| Date | Time(s) Available |
|---|---|
| Friday, July 24, 2020 | 10:00 a.m.-11:00 a.m.; 3:00 p.m.-5:00 p.m. |
| Wednesday, July 29, 2020 | 9:00 a.m.-12:00 p.m.; 3:00 p.m. – 4:00 p.m. |

    The reason for the request is that defendants' lead counsel, Sarah Gordon, had already been scheduled to appear for a court conference at the same time in the District of Massachusetts. (Ms. Gordon will be filing a motion to appear *pro hac vice* in this matter tomorrow.) We did not learn of the pre-motion conference in this matter until the ECF notification was sent at 11:57 p.m. on Friday, July 17, which was after the conference in Massachusetts had been scheduled.

    We have conferred with plaintiff's counsel, who is available at the times set forth above, and who has no objection to the rescheduling.

    This is the first request for an adjournment, and, if granted, the adjournment would not affect any scheduled dates in the case.



Hon. John G. Koeltl
July 19, 2020
Page 2

                                             Respectfully,

                                             */s/ Charles Michael*

                                             Charles Michael

cc: All Counsel of Record (via ECF)