UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOOD FOR THOUGHT CATERERS CORP.,
on behalf of itself and all others similarly situated,

                              Plaintiff,

—against—

THE HARTFORD FINANCIAL SERVICES
GROUP, INC.; and
SENTINEL INSURANCE COMPANY, LTD.,

                              Defendants.

20 Civ. 3418 (JGK)

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED that

1. Plaintiff's claims against Defendant The Hartford Financial Services Group, Inc. ("HFSG") only are dismissed without prejudice, subject to reinstatement at a later time.

2. If Plaintiff reinstates a claim against HFSG, any potential defense under the time limitation set forth in Section E.4.b of the Special Property Coverage Form of the underlying policy will be based on a time period of 2 years and 6 months, instead of the stated 2 year-period.

Dated: New York, New York
July 28, 2020

By: _____
Oren Giskan
GISKAN SOLOTAROFF & ANDERSON, LLP
90 Broad Street, 10th Floor
New York, New York 10004
(646) 964-9644
ogiskan@gslawny.com

*Counsel for Plaintiff*

By: _____
Charles Michael
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900
cmichael@steptoe.com

*Counsel for Defendants*

**SO ORDERED:**

/s/ John G. Koeltl
_____
Hon. John G. Koeltl

New York, NY
July 29, 2020