**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────────

**FOOD FOR THOUGHT CATERERS CORP.,**

              **Plaintiff,**          20-cv-3418 (JGK)

    - against -                             <u>ORDER</u>

**SENTINEL INSURANCE COMPANY, LTD., ET AL.,**

              **Defendants.**
───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

As discussed at the conference on July 29, 2020, the defendants may file a motion to dismiss by August 7, 2020. The plaintiff may respond by September 4, 2020 and the defendant may reply by September 18, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
          **July 29, 2020**                       <u>/s/ John G. Koeltl</u>
                                                  **John G. Koeltl**
                                        **United States District Judge**