```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

FOOD FOR THOUGHT CATERERS CORP.,
               Plaintiff,

        - against -

HARTFORD FIN. SERVS. GROUP, INC., ET AL.,

               Defendants.

20-cv-3418 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

    The request for a stay is denied. The defendants may move or answer the amended complaint by September 25, 2020.

    If a motion to dismiss is filed, the response is due October 18, 2020. If no motion to dismiss is filed, the parties should file a Rule 26(f) report by October 18, 2020.

**SO ORDERED.**

Dated:    New York, New York
           August 18, 2020

                                      /s/ John G. Koeltl
                                         John G. Koeltl
                             United States District Judge