UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FOOD FOR THOUGHT CATERERS CORP.,

                      Plaintiff,

     -against-                                 20 **CIVIL** 3418 (JGK)

                                               **JUDGMENT**

SENTINEL INSURANCE COMPANY, LTD.,

                     Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 6, 2021, The Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. For the foregoing reasons, the motion to dismiss is **granted**. The plaintiff has previously filed an amended complaint and has not asked for the opportunity to file a second amended complaint. The case is dismissed, and this case is closed.

**Dated:**  New York, New York
           March 8, 2021

                                                          **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                                        **BY:**
                                                            **Deputy Clerk**